[No. 69543-6-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY DANIEL NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08054-1, Bruce E. Heller, J., entered October 26, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 69607-6-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DAJION KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01365-5, Bruce W. Hilyer, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 69640-8-I.   Division One.   April 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS BENITEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00867-1, Dave Needy, J., entered October 26, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 69643-2-I.   Division One.   April 28, 2014.]

PATRICIA A. GRANT, *Appellant*, v. CLAUDIO GABRIEL ALPEROVICH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20677-5, Jay V. White, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Dwyer, JJ.